IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO.: 5:09-CR-41-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **ORDER** |
| ELBERT MAURICE MAYFIELD, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** upon the *pro se* "Motion For A Bond Hearing" (Document No. 12) filed on July 26, 2010. In the handwritten motion, Mr. Mayfield asks for release on bond pending sentencing in his case.

The record reflects that Mr. Mayfield is represented by appointed counsel, Michael Eugene Archenbronn. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Mayfield has any matters he wishes this Court to consider, they must be submitted through his attorney.

**IT IS, THEREFORE, ORDERED** that Mr. Mayfield's request for a new bond hearing is **DENIED** without prejudice to his right to re-file the motion, if appropriate, through his attorney, Mr. Archenbronn.

**SO ORDERED**.

Signed: July 28, 2010

David C. Keesler
United States Magistrate Judge